# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>**ARIEL JARON WATERS** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Supervised Release)<br><br>CASE NUMBER:  2:02-CR-00187-001 and<br>                                 1:02-CR-00225-001<br>USM NUMBER:  08249-003 |
| **THE DEFENDANT:** | Christopher Knight, Esquire<br>**Defendant's Attorney** |

(X)   admitted guilt to violation of supervision conditions: 1, 7 and two specific conditions as set out in the petitions dated 6/17/08.

( )   was found in violation of supervision condition(s): _____

| Violation Number | Nature of Violation | Date violation<br>Occurred |
|---|---|---|
| 1 | Technical | |
| 7 | Technical | |
| Specific Condition | New Offense | 03/06/2008 |
| Specific Condition | New Offense | 06/09/2008 |

**The defendant is sentenced as provided in pages 2 through  2  of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.**

( )   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

**Defendant's Social Security No.:** 6404

**Defendant's Date of Birth:**  1982

**Defendant's Residence Address:**
Selma, AL

**Defendant's Mailing Address:**

April 24, 2009
Date of Imposition of Judgment

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE

May 5, 2009
Date

Judgment 2

AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations: Sheet 2 - Imprisonment

Defendant: **ARIEL JARON WATERS**
Case Number:  **2:02-CR-00187-001 and 1:02-CR-00225-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  TWENTY-ONE (21) MONTHS  .

(X)  The court makes the following recommendations to the Bureau of Prisons: **that the defendant be imprisoned at an institution where his mental health needs can be addressed.**

(X)  The defendant is remanded to the custody of the United States Marshal.

( )  The defendant shall surrender to the United States Marshal for this district:
  ( )  at __ .m. on __.
  ( )  as notified by the United States Marshal.

( )  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ( )  before 2 p.m. on ____.
  ( )  as notified by the United States Marshal.
  ( )  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____

with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
Deputy U.S. Marshal